# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CAMBRIN BARNES,
ADC #147871                                                                                    PLAINTIFF

v.                                              4:21CV00144-JTK

JARED BYERS, et al.                                                                        DEFENDANTS

## JUDGMENT

Based on the Order entered this date, Plaintiff's Complaint, as amended, is dismissed with prejudice.

Dated this 16th day of May, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE